UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **MARVA L. THOMPSON** | **CIV. ACTION NO. 3:16-01246** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **KILOLO KIJAKAZI, ACTING COMMISSIONER, U.S. SOCIAL SECURITY ADMINISTRATION** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

# JUDGMENT

The Report and Recommendation [Doc. No. 36] of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED** that the Motion for Attorney's Fees under 42 U.S.C. § 406(b) [Doc. No. 26], as amended [Doc. No. 33], filed by Alex W. Rankin, attorney for Plaintiff Marva Thompson, is **GRANTED IN PART** and **DENIED IN PART**, and that Plaintiff's counsel, Alex W. Rankin, is awarded the sum of $11,670.00, subject to counsel's obligation to refund to the client the EAJA fee award received by counsel in this matter

MONROE, Louisiana, this 16th day of May 2023.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE